# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE EXONE COMPANY, JOHN F. ) <br> HARTNER, S. KENT ROCKWELL, PAUL A. ) <br> CAMUTI, JOHN IRVIN, GREGORY F. ) <br> PASHKE, WILLIAM F. STROME, ROGER ) <br> W. THILTGEN, and BONNIE K. WACHTEL, ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-01474-LPS <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: March 8, 2022

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*